# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| TRANG THI NGUYEN,<br><br>        Plaintiff,<br><br>v.<br><br>ROOT INSURANCE COMPANY,<br><br>        Defendant. | NO. 3:21-cv-01214-HZ<br><br>STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to a dismissal of this action in its entirety WITH PREJUDICE and without an award of fees or costs to either party.

    IT IS SO ORDERED this action is hereby dismissed with prejudice and without costs to any party.

    DATED this __8__ day of __February__, 2022.

                                        _____
                                        Marco A. Hernández
                                        UNITED STATES DISTRICT JUDGE